

# TENNESSEE WILDLIFE RESOURCES AGENCY

ELLINGTON AGRICULTURAL CENTER
5107 EDMONDSON PIKE
NASHVILLE, TENNESSEE 37211

HAND DELIVERED

**MEMORANDUM**

**TO:** James Kelly, Wildlife Biologist 3, Empl ID: 00474436

**FROM:** Jason Maxedon, Wildlife Resources Executive Director

**DATE:** September 6, 2022

**SUBJECT:** Discretionary Leave with Pay

This memorandum serves to inform you that you are being placed on Discretionary Leave with Pay effective today, September 6, 2022. You are being placed on leave pending the outcome of an internal investigation.

During this investigation, you are not to report for duty or to attend any agency functions. You are expected to be available should your supervisor need to contact you. You are to turn in **all** of your equipment including but not limited to agency and vehicle keys; your badge; your State cell phone; your computer equipment; work related external drives; and any other equipment assigned to you for the purpose of conducting your job duties.

If you have any questions or need additional information, you may contact Human Resources Chief, Randi S. Tarpy, at 615-781-6605.

I verify by my signature below that I have received a copy of this memorandum.

_____            _____
Employee Signature                                                   Date

JM/rst

The State of Tennessee