IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| JAMES KELLY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 3:23-cv-00939 |
| ) | Chief Judge Crenshaw |
| STATE OF TENNESSEE, TENNESSEE ) | Magistrate Judge Frensley |
| WILDLIFE RESOURCES AGENCY, ) | |
| JASON MAXEDON, Executive ) | |
| Director ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Comes the Plaintiff, James Kelly ("Mr. Kelly"), by and through counsel, and hereby gives notice that Plaintiff is voluntarily dismissing this action against the Defendants State of Tennessee and the Tennessee Wildlife Resource Agency ("TWRA") and Jason Maxedon ("Maxedon") (collectively "Defendants"). Pursuant to Fed. R .Civ. P. 41(a)(1)(A), Mr. Kelly may dismiss this case by notice of dismissal and without a court order because Defendants have not filed an answer or a motion for summary judgment.

Respectfully submitted,

**ORTALE KELLEY LAW FIRM**

/s/ T. William A. Caldwell
T. William A. Caldwell (#27130)
Attorney for Plaintiff
330 Commerce St., Suite 110
P. O. Box 198985
Nashville, TN 37219-8985
(615) 256-9999
wcaldwell@ortalekelley.com

1

Case 3:23-cv-00939    Document 17    Filed 11/01/23    Page 1 of 2 PageID #: 105

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and exact copy of this Notice of Voluntary Dismissal has been served through the e-filing system on this 1st day of November, 2023 to:

      Carolyn U. Smith
      Deputy Attorney General
      Office of Tennessee Attorney General and Reporter
      P. O. Box 20207
      Nashville, TN 37202-0207
      Carolyn.Smith@ag.tn.gov

                                                  /s/ T. William A. Caldwell

2

Case 3:23-cv-00939  Document 17  Filed 11/01/23  Page 2 of 2 PageID #: 106