UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JAMES KELLY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 3:23-cv-00939 |
| | ) |
| STATE OF TENNESSEE, | ) |
| TENNESSEE WILDLIFE AGENCY, | ) |
| JASON MAXEDON, | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Plaintiff has filed a Notice of Voluntary Dismissal. (Doc. No. 17). Accordingly, this action is **DISMISSED**, and the Clerk is directed to close the file. Any pending Motions are **DENIED** as **MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE